# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFREY SHAPIRO, D.C. derivatively on behalf of CHIROPRACTIC SPINAL HEALTH, INC.,**
Appellant,

v.

**DR. GARRETT WEINSTEIN, D.C., GARRETT R. WEINSTEIN, D.C.P.A. and CHIROPRACTIC SPINAL HEALTH, INC.,**
Appellee.

No. 4D16-2482

[February 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE 11-007325.

Howard S. Kahn of Kahn & Resnik, P.L., Dania, for appellant.

Michael W. McLeod of Rumrell, McLeod & Brock, PLLC, Boca Raton, and Jeanette Bellon of Bellon Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***